43RD STREET CAFE, INC., Appellant, *v.* VOLGA ESTATES, INC., Respondent.

Submitted April 11, 1951; decided April 13, 1951.

*Abraham B. Hertz* for motion.

*Sidney B. Alexander* opposed.

Motion granted, upon payment of the printing disbursements of the respondent.